UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYSSEN KRUPP MATERIALS NA INC., <br><br>                Plaintiff, <br><br>    v. <br><br>M/V AFRICAN KINGFISHER, her engines, boilers, tackle, etc.; DELICA SHIPPING SA, an entity of unknown form; INUI STEAMSHIP CO. LTD. (INUI KISEN KK), an entity of unknown form; MUR SHIPPING RSA (PTY) LTD., an entity of unknown form;  MURSHIPPING LONDON LTD., an entity of unknown form;  PORT OF STOCKTON, an entity of unknown form; SSA MARINE, INC., a corporation; and SSA CONTAINERS, INC., a corporation, <br><br>                Defendants. | 2:07-cv-01370-GEB-KJM <br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(m) NOTICE |

        The parties' Status Report filed November 26, 2007, reveals this case is not ready to be scheduled since not all Defendants have been served.  Therefore, the Status (Pretrial Scheduling) Conference set for December 10, 2007, is continued to January 22, 2008 at 9:00 a.m.  A further joint status report shall be filed no later than fourteen days prior to the status conference.

Plaintiff is notified that any Defendant not served within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m) may be dismissed without prejudice under Rule 4(m) unless Plaintiff shows, in a filing due no later than noon on December 14, 2007, good cause for the failure to serve said defendant(s).  Further, to avoid dismissal of a named defendant not served when the November 26 Status Report was filed, proof of service must be filed no later than noon on December 14, 2007.

IT IS SO ORDERED.

Dated:   December 7, 2007

GARLAND E. BURRELL, JR.
United States District Judge