UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
THYSSEN KRUPP MATERIALS NA INC.,  )
                                  )    2:07-cv-1370-GEB-KJM
                    Plaintiff,    )
                                  )
     v.                           )    ORDER
                                  )
PORT OF STOCKTON, an entity of    )
unknown form; SSA MARINE, INC., a )
corporation; and SSA CONTAINERS,  )
INC., a corporation,              )
                                  )
                    Defendants.*  )
_____)
```

On December 10, 2007, an order issued notifying Plaintiff "that any Defendant not served within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m) may be dismissed without prejudice under Rule 4(m) unless Plaintiff shows, in a filing due no later than noon on December 14, 2007, good cause for the failure to serve said defendant(s)." The order further stated that "to avoid dismissal of a named defendant not served when the November 26 Status Report was filed, proof of service must be filed no later than noon on

---

\* The caption is amended to reflect the dismissals stated herein.

1

Case 2:07-cv-01370-KJM   Document 19   Filed 01/11/08   Page 2 of 2

1 December 14, 2007."  Because Plaintiff has not filed proof of service
2 on M/V AFRICAN KINGFISHER, DELICA SHIPPING SA, INUI STEAMSHIP CO. LTD.
3 (INUI KISEN KK), MUR SHIPPING RSA (PTY) LTD., or MURSHIPPING LONDON
4 LTD., nor has Plaintiff shown good cause for the failure to serve
5 those Defendants, M/V AFRICAN KINGFISHER, DELICA SHIPPING SA, INUI
6 STEAMSHIP CO. LTD. (INUI KISEN KK), MUR SHIPPING RSA (PTY) LTD., and
7 MURSHIPPING LONDON LTD. are dismissed from this action without
8 prejudice.[1]

IT IS SO ORDERED.

Dated: January 11, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Additionally, the parties' Second Further Joint Status Report filed January 7, 2008 reveals that "[t]he remaining defendants have not been served, and plaintiff does not anticipate being able to serve them."  (JSR at 2.)

2