Case 2:07-cv-01370-KJM   Document 20   Filed 01/17/08   Page 1 of 2



FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYSSEN KRUPP MATERIALS NA INC., | 2:07-cv-1370-GEB-KJM |
| Plaintiff, | |
| v. | ORDER |
| PORT OF STOCKTON, an entity of unknown form; SSA MARINE, INC., a corporation; and SSA CONTAINERS, INC., a corporation, | |
| Defendants. | |

     In their Second Further Joint Status Report filed January 7, 2008; "[t]he parties request that the matter be assigned to a magistrate judge for all purposes." (JSR at 3; see 28 U.S.C. § 636(c).) Local Rule 73-305(b) prescribes "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral."

     If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed.

Dated: January 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:07-cv-1370-KJM.

IT IS SO ORDERED.

DATED: 1/14/08

_____
KIMBERLY J. MUELLER
U.S. Magistrate Judge