1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  100 First Street, 27th Floor
   San Francisco, California 94105
3  Telephone: (415) 348-6000
   Facsimile: (415) 348-6001
4
   Attorneys for Plaintiff
5  THYSSEN KRUPP MATERIALS NA INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 THYSSEN KRUPP MATERIALS NA    )   Case No. 2:07-CV-01370-KJM
   INC.,                         )
12                               )   **STIPULATION AND ORDER TO**
              Plaintiff,         )   **CONTINUE FEBRUARY 27, 2008 STATUS**
13                               )   **CONFERENCE**
        v.                       )   _____
14                               )
   M/V AFRICAN KINGFISHER, her engines,)  Judge:        Hon. Kimberly J. Mueller
15 boilers, tackle, etc., DELICA SHIPPING )
   SA, an entity of unknown form; INUI  )   Status Conf. Date:  February 25, 2008
16 STEAMSHIP CO. LTD. (INUI KISEN KK),)   Time:               10:00 a.m.
   an entity of unknown form; MUR   )   Courtroom:          26
17 SHIPPING RSA (PTY) LTD., an entity of )
   unknown form; MURSHIPPING LONDON )
18 LTD., an entity of unknown form; PORT OF)
   STOCKTON, an entity of unknown form; )
19 SSA MARINE, INC., a corporation; and  )
   SSA CONTAINERS, INC., a corporation.  )
20                               )
              Defendants.        )
21 _____)

22       As previously reported to the Court, the parties have reached a settlement of this matter.

23 The final details in the settlement papers are still in the process of being finalized, but should be

24 complete soon. In the interest of judicial economy and the convenience and expenses of the

25 parties, all parties to this action hereby stipulate and request that the Status Conference set for

26 February 27, 2008 be continued to March 26, 2008, or such other date as the Court may order.

27 The parties anticipate they will be able to complete the settlement details and dismiss the action

28 prior to March 26, 2008.

1    Dated: February 25, 2008              BARGER & WOLEN LLP

2
                                          By:    /S/ TINO X. DO, ESQ.
3                                               Attorneys for Defendants
                                                SSA CONTAINERS, INC. and SSA
4                                               TERMINALS, INC.

5
     Dated: February 25, 2008              NEUMILLER & BEARDSLEE
6

7                                         By:    /S/ DANIEL S. TRUAX, ESQ.
                                                Attorneys for Defendant
8                                               STOCKTON PORT DISTRICT (sued
                                                herein as PORT OF STOCKTON)
9

10   Dated: February 25, 2008              GIBSON ROBB & LINDH LLP

11
                                          By:    /S/ JOSHUA E. KIRSCH, ESQ.
12                                              Attorneys for Plaintiff
                                                THYSSEN KRUPP MATERIALS NA INC.
13                                              jkirsch@gibsonrobb.com

14

15                                       o O o

16
                                         ORDER
17

18       IT IS SO ORDERED.  The Status Conference is continued from February 27, 2008 to March

19   26, 2008 at 10:00 a.m.

20   DATED:  February 25, 2008.

21
                                         _____
22                                       U.S. MAGISTRATE JUDGE

23

24

25

26

27

28